IN THE MATTER OF T.S., III AND S.M.

No. 384A06

(Filed 9 March 2007)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 178 N.C. App. 110, 631 S.E.2d 19 (2006), affirming an order entered 15 October 2004 by Judge G. Galen Braddy in District Court, Pitt County. Heard in the Supreme Court 13 February 2007.

*Anthony H. Morris for petitioner-appellee Pitt County Department of Social Services.*

*Richard E. Jester for respondent-appellant mother.*

PER CURIAM.

AFFIRMED.

Justice HUDSON did not participate in the consideration or decision of this case.